UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY A. McCAMEY,

    Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF'S OFFICE, *et al.*,

    Defendants.

CASE NO. C17-0063-JCC-BAT

ORDER OF DISMISSAL

The Court, having reviewed Plaintiff Timothy McCamey's amended complaint (Dkt. No. 11), the report and recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 15), the lack of objections thereto, and the remaining record, hereby ORDERS:

(1) The Court ADOPTS the report and recommendation (Dkt. No. 15).

(2) This matter is DISMISSED with prejudice for failure to state a claim and the dismissal is counted as a strike under 28 U.S.C. § 1915(g). All pending motions (Dkt. Nos. 14, 16, 17) are DENIED.

(3) The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Tsuchida.

DATED this 25th day of April, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1